ALBERTA P. STAHL
221 N. Figueroa Street, Suite 1200
Los Angeles, CA  90012
trusteestahl@earthlink.net
Telephone: (213) 580-7977
Facsimile: (213) 482-1647

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| IN RE<br><br>CALIFORNIA PSYCHIATRIC MANAGEMENT SERVICES<br><br>    Debtor. | Case No. 2:00-26929-SB<br><br>Chapter 7<br><br>AMENDED NOTICE OF UNCLAIMED DIVIDEND(S)<br>(FRBP 3011)<br>[No Hearing Required] |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. <u>31171</u> in the sum of <u>$11.55</u> representing the total amount of unclaimed dividend(s) in the above entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s) and address(es) and amount(s) to be paid to each person entitles to said unclaimed dividend is attached.

Dated: January 15, 2010

                                   _____
                                   ALBERTA P. STAHL, Trustee

| | CHECK NO. | NAME & ADDRESS OF CLAIMANTS | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | | | |
| 2 | | CECILIA MENDOZA<br>6325 BOUGANVILLE RD.<br>SAN DIEGO, CA 92139 | $1.92 |
| 4 | | MERCEDES MARTINEZ<br>645 AMORY STREET, #G<br>IMPERIAL BEACH, CA 91932 | $0.71 |
| 6 | | EDGARDO MARIFOSQUE<br>1213 POSITAS RD.<br>CHULA VISTA, CA 91910 | $0.43 |
| 8 | | JOSEPH PELIGRO<br>883 PLZ CUERNAVACA WAY<br>SAN DIEGO, CA 92114 | $0.38 |
| 10 | | DAVID S FRANTZ<br>P.O. BOX 1471<br>SPRING VALLEY, CA 91979-1471 | $0.65 |
| 12 | | PETRONILA VELASCO<br>8879 TWIN TRAILS DR.<br>SAN DIEGO, CA 92129 | $3.83 |
| 14 | | TAMMI L. WILLIAMS<br>7908 NICHOLS ST.<br>LEMON GROVE, CA 91945 | $1.21 |
| 16 | | BRENDA GALZA<br>1150 CAMINITO AMARILLO<br>SAN MARCOS, CA 92069 | $2.42 |
| | | TOTAL | $11.55 |

| In re: CALIFORNIA PSYCHIATRIC MANAGEMENT SERVICES, INC.  Debtor(s). | CASE NO: 2:00-26929-SB |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On AUGSUT 12, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee (LA)         ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/19/10 | CRAIG D. ARON | [signature] |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              F 9013-3.1